*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                     Chapter: 7

    Tony L Fleming and Kadena T Smith−Fleming

Debtor(s)                                                            Case No: 25−11897−djb

---

*ORDER*

    AND NOW, 8/18/25 , the debtor having failed to file either a certificate regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

    And the certificate regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have until 9/2/25 to file a certificate regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                               For The Court

                                                               Derek J Baker

                                                               Judge, United States Bankruptcy Court